

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                               |   |                        |
|-----------------------------------------------|---|------------------------|
|                                               | § |                        |
| IN THE INTEREST OF N. P. M., A CHILD          | § | No. 08-15-00172-CV     |
|                                               | § | Appeal from the        |
| Appellant.                                    | § | 383rd District Court   |
|                                               | § | of El Paso County, Texas |
|                                               | § | (TC# 2011CM3808)       |
|                                               | § |                        |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 10, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 10, 2015.

IT IS SO ORDERED this 17th day of November, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.